## Commonwealth *v.* Woolcutt, Appellant.

Argued November 9, 1970. *Frank P.*

*Krizner*, with him *McCandless, Chew & Krizner*, for appellant; *Robert F. Hawk*, Assistant District Attorney, with him *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Order affirmed.